

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700  (973)645-2700
Newark, NJ 07102

August 20, 2012

Honorable Faith S. Hochberg
United States District Judge
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   *United States of America v. Eric Gray*
           (Crim No. 03-549)

Dear Judge Hochberg:

On August 15, 2012, your Honor ordered that the United States file a letter brief in response to Defendant Gray's petition for a sentence reduction no later than August 31, 2012. I am writing to request a 60-day extension of time to file such response so that I may obtain transcripts of the Petitioner's plea and sentencing hearings, which I believe are necessary in order to properly respond to the Petition.

    Thank you for your consideration.

                                            Respectfully submitted,

                                            PAUL J. FISHMAN
                                            United States Attorney

                                            By: Lakshmi Srinivasan Herman
                                            Assistant U.S. Attorney

cc: Eric Gray (by mail)

*Request granted. No further extensions will be granted. SO ORDERED.*

*Faith S. Hochberg 8/22/12*
*Hon. Faith S. Hochberg, USDJ*